UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELI ADAMS AND REYNA BALBOA | CIVIL ACTION |
| VERSUS | NO. 26-1326 |
| KAELEN SMITHSON | SECTION: “J”(3) |

# ORDER

Before the Court is Plaintiff's Motion for Entry of Default as to defendant Kaelen Smithson, (Rec. Doc. 14).

Accordingly, **IT IS ORDERED** that the Motion is **GRANTED**.

New Orleans, Louisiana, this 10th day of September 2026.

CAROL L. MICHELE, CLERK

Cheyenne Green, Deputy Clerk